**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
J&R MULTIFAMILY GROUP, LTD.,
        Plaintiff,

-against-

U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR THE REGISTERED HOLDERS
OF UBS-BARCLAYS COMMERCIAL
MORTGAGE TRUST 2012-C4, COMMERICAL
MORTGAGE PASS THROUGH CERTIFICATES,
SERIES 2012-C4, WELLS FARGO BANK,
NATIONAL ASSOCIATION D/B/A WELLS
FARGO COMMERCIAL MORTGAGE
SERVICING, AND RIALTO CAPITAL
ADVISORS, LLC,
        Defendants.
-------------------------------------------------------------X

19 **CIVIL** 1878 (PKC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 5, 2019, Defendants' motion to dismiss the Fourth Amended Complaint is GRANTED.

**Dated:** New York, New York
       December 5, 2019

                         **RUBY J. KRAJICK**
                         **Clerk of Court**
    BY:
                         **Deputy Clerk**