

PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
NEW YORK, NY
LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE

780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

LOS ANGELES
10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067-4003

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

WEB: www.pszjlaw.com

John A. Morris  February 4, 2020  212.561.7760
jmorris@pszjlaw.com

Hon. P. Kevin Castel
United States District Court
United States Courthouse
500 Pearl Street
New York, New York 10007

       **Re:**     **J&R Multifamily Group, Ltd. v. UBS Real Estate Securities, Inc., et al. 1:19-cv-1878 (PKC)**

Dear Judge Castel:

    We represent the Plaintiff in the above-referenced case and we write with the consent of all of the defendants.

    On December 19, 2019, Plaintiff filed *its Motion for Partial Reconsideration and Reargument of the Court's December 5, 2019 Order* (the "Motion"). The Motion has been fully briefed. On January 27, 2020, Plaintiff requested oral argument on the Motion (the "Request").

    I am pleased to report that the parties have reached agreement in principle, subject to obtaining corporate approval and executing definitive documentation.

    On behalf of all parties, we respectfully request that the Court withhold any ruling on the Motion and the Request, or any other aspect of this case, so as not to disturb the status quo while the parties work diligently to (hopefully) complete the settlement.

    We expect to report to the Court within a week, and are available to answer any questions the Court may have.

Respectfully submitted,

*/s/ John A. Morris*

John A. Morris

JAM
cc:     Christine Kirchner

DOCS_NY:40140.1 68700/001



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

February 4, 2020
Page 2

Jeffrey Wiggington
Jason A. Nagi
Brett O. Anders
Aaron C. Jackson
Frank T. Spano
Kimberly L. Daily
Michael D. Pegues
(all by e-mail)